# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Conley, William M. | **2. Court or Organization**<br><br>District Court - Western Wisconsin | **3. Date of Report**<br><br>05/15/2012 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>U.S. District Judge - active status | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2011<br>to<br>12/31/2011 |
| **7. Chambers or Office Address**<br><br>120 North Henry Street, Suite 560<br>Madison, WI 53703 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1992 | Foley & Lardner Defined Contribution Plan, no control |
| 2. 1984 | Foley & Lardner frozen Pension Plan, no control |
| 3. 1992 | Foley & Lardner Cash Balance Plan, no control |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Smith Barney (Inv. Acct.) | | | | | | | | | |
| 2. -Accenture PLC Ireland | | None | J | T | Buy | 01/19/11 | J | | |
| 3. -Alcoa Inc. | A | Dividend | J | T | | | | | |
| 4. -American Electric Power Co. | A | Dividend | | | Sold | 03/03/11 | J | | |
| 5. -American Tower CP Class A | | None | J | T | | | | | |
| 6. -Amerigas Partners Common Units | A | Dividend | J | T | | | | | |
| 7. -Apple Inc. | | None | J | T | | | | | |
| 8. -Chicago Bridge & Iron Co., N.V. | | None | J | T | | | | | |
| 9. -ConocoPhillips | A | Dividend | J | T | | | | | |
| 10. -Corning Inc. | A | Dividend | J | T | Buy | 03/03/11 | J | | |
| 11. -Danaher Corp | A | Dividend | J | T | | | | | |
| 12. -Deluxe Corporation | A | Dividend | J | T | Buy (add'l) | 10/06/11 | J | | |
| 13. -Duke Energy Corp Hlding Co | A | Dividend | J | T | | | | | |
| 14. -El Paso Pipeline Partners LP | A | Dividend | J | T | | | | | |
| 15. -Express Scripts Inc Commen | | None | J | T | | | | | |
| 16. -Ford Motor Co New | | None | J | T | | | | | |
| 17. -General Mills Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Genuine Parts Co | A | Dividend | J | T | Buy | 01/19/11 | J | | |
| 19.   -H J Heinz Co | A | Dividend | J | T | | | | | |
| 20.   -Health Care Reit Inc | A | Dividend | J | T | | | | | |
| 21.   Honeywell Int'l Inc | A | Dividend | J | T | | | | | |
| 22.   -Ill Tool Works Inc. | A | Dividend | J | T | Buy (add'l) | 10/06/11 | J | | |
| 23.   -Intuit Inc. | | None | J | T | | | | | |
| 24.   -Ishares MSCI Japan Index Fund | | None | J | T | Buy | 03/17/11 | J | | |
| 25.   -J&J | A | Dividend | | | Sold | 03/03/11 | J | | |
| 26.   -Johnson Controls Inc. | A | Dividend | J | T | | | | | |
| 27.   -Kellogg Co. | | Dividend | J | T | | | | | |
| 28.   -McDonalds Corp | A | Dividend | J | T | | | | | |
| 29.   -Mylan Inc. | | None | J | T | | | | | |
| 30.   -Nike Inc B | A | Dividend | J | T | | | | | |
| 31.   -Oracle Corp | A | Dividend | K | T | | | | | |
| 32.   -Pepsico Inc. NC | A | Dividend | J | T | | | | | |
| 33.   -PPG Industries Inc. | A | Distribution | J | T | Buy | 03/03/11 | J | | |
| 34.   -Proctor & Gamble | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Spectra Energy Corp Com | A | Dividend | J | T | | | | | |
| 36. -Starbucks Corp Washington | A | Dividend | J | T | | | | | |
| 37. -U S Bancorp Com New | A | Dividend | J | T | | | | | |
| 38. -Union Pacific Corp | A | Dividend | J | T | | | | | |
| 39. -Xcel Energy Inc | A | Dividend | J | T | | | | | |
| 40. -Yum Brands Inc | A | Dividend | J | T | | | | | |
| 41. -Zebra Tech | A | Dividend | J | T | Buy | 01/19/11 | J | | |
| 42. -Wells Fargo Capital VII GTD Trust Pfd Securities Trups | | Dividend | J | T | | | | | |
| 43. -USB Capital VI | A | Dividend | | | Redeemed | 09/08/11 | J | | |
| 44. -Davis New York Venture A | A | Dividend | K | T | | | | | |
| 45. -Franklin Mutual Glb Discov A | B | Dividend | K | T | | | | | |
| 46. -Franklin Small Midcap Grw A | | None | K | T | | | | | |
| 47. -money market (Morgan Stanley Smith Barney)(X) | A | Interest | J | T | | | | | |
| 48. Charles Schwab (401K) | | | | | | | | | |
| 49. -American Beacon Lg Cap Value Inst | | None | L | T | | | | | |
| 50. -Fidelity Contrafund | | None | N | T | | | | | |
| 51. -Vanguard Institutional Index | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Dreyfus/The Boston Company SM Cp Va | | None | K | T | | | | | |
| 53. -Dodge & Cox Int'l Stock | | None | M | T | | | | | |
| 54. -Baird Aggregate Bond Inst | | None | K | T | | | | | |
| 55. Wells Fargo (IRA) | | | | | | | | | |
| 56. -Alcatel-Lucent | | None | J | T | | | | | |
| 57. -Bristol Myers Squibb Co | | None | J | T | | | | | |
| 58. -Eli Lilly & Co | | None | J | T | | | | | |
| 59. -Emerson Electric Co | | None | J | T | | | | | |
| 60. -Merck & Co Inc New | | None | J | T | | | | | |
| 61. -Paychex Inc. | | None | J | T | | | | | |
| 62. -Pepsico Inc. | | None | J | T | Sold (part) | 03/03/11 | J | | |
| 63. -Pfizer Inc | | None | J | T | | | | | |
| 64. -Sector SPDR TR Technology Select Sector | | None | J | T | | | | | |
| 65. -Sony Corp ADR New | | None | J | T | | | | | |
| 66. -Styker Corp | | None | J | T | | | | | |
| 67. -Wells Fargo Co | | None | J | T | | | | | |
| 68. -Wells Fargo Cash Acc't | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo (Spouse IRA) | | | | | | | | | |
| 70. -Abbott Laboratories | | None | J | T | | | | | |
| 71. -Johnson & Johnson | | None | J | T | | | | | |
| 72. -Marshall & Ilsley Corp | | None | J | T | | | | | |
| 73. -Pepsico Inc. | | None | J | T | | | | | |
| 74. -Proctor & Gamble Co | | None | J | T | | | | | |
| 75. -Sysco Corp | | None | J | T | | | | | |
| 76. -EuroPacific Growth FD Class A | | None | J | T | | | | | |
| 77. -New World Fund Class A New FX | | None | J | T | | | | | |
| 78. -Wells Fargo Cash Acc't | | None | J | T | | | | | |
| 79. US Bank (Spouse 401K, mutual funds, no control) (X) | | None | L | T | | | | | |
| 80. Wells Fargo Advantage Funds | | | | | | | | | |
| 81. -EdVest College Saving Program (child 1) | | None | L | T | | | | | |
| 82. -EdVest College Saving Program (child 2) | | None | L | T | | | | | |
| 83. M&I Bank Accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

**FINANCIAL DISCLOSURE REPORT**

Page 10 of 10

Name of Person Reporting

Conley, William M.

Date of Report

05/15/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William M. Conley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544